IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DONTE RICHARD ROCREEC OUTWATER,<br><br>           Defendant. | No. 3:24-mj-00520-KFR |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Alexandra Scarber, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed as a Special Agent by the ATF since September of 2023. Moreover, I am currently assigned to the Anchorage Field Office, Seattle Field Division. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator and the ATF National Academy, where I received training on firearms and narcotics investigations. Since becoming a Special Agent with the ATF, I have participated in federal investigations involving firearm traffickers, felons in possession of firearms and ammunition, dealing firearms without a license, possession of stolen firearms, and the use of firearms in furtherance of drug trafficking crimes. As an ATF Special Agent, I am charged with the duties of investigating violations of the criminal laws of the United States, including investigating violations of 18 U.S.C. § 933 transferring a firearm if they know or



have reasonable cause to believe the use, carrying, possession, or receipt would constitute any Federal or state felony, 21 U.S.C. § 841(a)(1), possession and/or distribution of controlled substances, and 18 U.S.C. § 924(c), possessing a firearm in furtherance of drug trafficking.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that Donte Richard Rocreec Outwater has committed the following federal criminal offenses:

> **Count 1**: That on or about August 7, 2024, within the District of Alaska, at or near Anchorage, the defendant, DONTE RICHARD ROCREEC OUTWATER, distributed controlled substances.
>
> **Count 2**: That on or about August 7, 2024, within the District of Alaska, at or near Anchorage, the defendant, DONTE RICHARD ROCREEC OUTWATER, used, possessed, and carried firearms during, in furtherance of, and in relation to the drug trafficking offense alleged in Count 1.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. The defendant is the subject of an ATF investigation involving a group of individuals who actively participate in violent firearm related offenses (aggravated assaults, drive-by shootings, home invasions, robbery, etc.) throughout Anchorage, as well as trafficking in narcotics and firearms. Since June, undercover investigators have

United States v. Donte Richard Rocreec Outwater
Affidavit in Support of Criminal Complaint
3:24-mj-00520-KFR                    Page 2 of 4
Case 3:24-mj-00520-KFR   Document 2-1   Filed 09/18/24   Page 2 of 4

purchased 18 firearms from the defendant and those acting at his direction, including a machinegun, and have purchased approximately 79.5 grams of methamphetamine. One of these sales took place on August 7, 2024.

5. On August 7, 2024, undercover law enforcement officers met with the defendant for a previously-agreed-upon purchase of firearms and narcotics.

6. An undercover agent purchased a Glock Model 43x 9mm pistol, which was equipped with an aftermarket gold threaded barrel and an extended capacity magazine as well as an Aero Precision X15 AR-style pistol. The pistol was loaded with a round chambered. While speaking to the undercover agent, the defendant claimed he and his associates were building the AR-style pistols he was selling. As part of the same transaction, the defendant also sold the agent a bag with 10 multicolored tablets of what appeared to be methamphetamine, based on my training and experience and my knowledge of the investigation.

7. After the purchase, I field tested the multi-colored tablets, and the results were positive for the presumptive presence of methamphetamine.

## CONCLUSION

8. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Donte Richard Rocreec Outwater has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for Donte Richard Rocreec Outwater's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

United States v. Donte Richard Rocreec Outwater
Affidavit in Support of Criminal Complaint
3:24-mj-00520-KFR    Page 3 of 4
Case 3:24-mj-00520-KFR    Document 2-1    Filed 09/18/24    Page 3 of 4

RESPECTFULLY SUBMITTED,

ALEXANDRA SCARBER
Digitally signed by ALEXANDRA SCARBER
Date: 2024.09.17 16:36:24 -08'00'

Special Agent Alexandra Scarber, ATF

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 [and/or 4(d) for an arrest warrant or 41(d)(3) for a search warrant] this ___ day of _____, 2024.

September 17, 2024

_____
HON. KYLE F. REARDON
United States Magistrate Judge
District of Alaska

United States v. Donte Richard Rocreec Outwater
Affidavit in Support of Criminal Complaint
3:24-mj-00520-KFR                     Page 4 of 4
Case 3:24-mj-00520-KFR   Document 2-1   Filed 09/18/24   Page 4 of 4